```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 17-01571-HWV
Queen A. Dickey                                                      Chapter 13
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: karendavi            Page 1 of 2           Date Rcvd: May 22, 2017
                             Form ID: ntcnfhrg          Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db            +Queen A. Dickey,    406 Wynwood Road,    York, PA 17402-4006
4913040       +Americredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
4910071       +Barclays Bank Delaware,    125 S. West Street,    Wilmington, DE 19801-5014
4910072       +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
4910074       +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
4910075       +Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
4910076       +Charles A. Rausch,    17 East Market Street,    York, PA 17401-1205
4910077       +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
4910081       +First Premier Bank,    601 S Minnesota Avenue,    Sioux Falls, SD 57104-4868
4910080        First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
4910083        GM Financial,    P.O. Box 181145,    Arlington, TX 76096-1145
4910082       +Genesis Bank Card Service,    P.O. Box 4499,    Beaverton, OR 97076-4499
4910084       +Great Lakes Higher Education,    P.O. Box 7860,    Madison, WI 53707-7860
4910087       +McNamara Auto Sales,    1775 Rodney Road,    York, PA 17408-4608
4910088       +Navient,    123 Justison Street,    3rd Floor,    Wilmington, DE 19801-5360
4910090       +Penn Credit Corp.,    916 S. 14th Street,    Harrisburg, PA 17104-3425
4910092       +Select Portfolio Servicing,    10401 Deerwood Park BV,    Jacksonville, FL 32256-5007
4910093        Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
4910094       +Springettsbury Township,    1501 Mount Zion Road,    York, PA 17402-9085
4917476        U.S. Bank on behalf of,    Educational Credit Manageme,    Educational Credit Management Corp,
                PO BOX 16408,    St. Paul, MN 55116-0408
4910095       +US Dept. of Education/GLE,    2401 International,    P.O. Box 7859,    Madison, WI 53707-7859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4910073       +E-mail/Text: bankruptcy@usecapital.com May 22 2017 19:10:47      Capital Accounts LLC,
                P.O. Box 140065,    Nashville, TN 37214-0065
4910078        E-mail/PDF: creditonebknotifications@resurgent.com May 22 2017 19:03:42      Credit One Bank,
                P.O. Box 98872,    Las Vegas, NV 89193-8872
4910079       +E-mail/PDF: creditonebknotifications@resurgent.com May 22 2017 19:03:31      Credit One Bank,
                P.O. Box 98873,    Las Vegas, NV 89193-8873
4910085        E-mail/Text: cio.bncmail@irs.gov May 22 2017 19:10:06      Internal Revenue Service,
                Insolvency Section - BK notice,    PO Box 7346,    Philadelphia, PA  19101-7346
4910089       +E-mail/PDF: pa_dc_claims@navient.com May 22 2017 19:03:43      Navient,    P.O. Box 9500,
                Wilkes-Barre, PA 18773-9500
4919766        E-mail/PDF: pa_dc_litigation@navient.com May 22 2017 19:03:43
                Navient Solutions, LLC on behalf of,    United Student Aid Funds, Inc.,
                Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
4910091        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2017 19:10:15
                Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
                Harrisburg, PA  17128-0946
4910096       +E-mail/Text: bnc-bluestem@quantum3group.com May 22 2017 19:10:37      Webb Bank/Fingerhut,
                6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                             TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
4922047*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
4910086*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     PO Box 21126,    Philadelphia, PA  19114)
                                                                                             TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt    on  behalf  of  Creditor    Wilmington  Trust,  NA,  successor  trustee  to  Citibank,
               N.A., as Trustee for Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificates, Series
               2006-4 bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor Queen A. Dickey tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Queen A. Dickey<br>Debtor(s) | Chapter 13<br>Case No. 1:17−bk−01571−HWV |

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**June 21, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: July 26, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: karendavis |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 22, 2017 |