UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

QUEEN A. DICKEY

Debtor

CASE NO. 1-17-01571-HWV

CHAPTER 13

## CERTIFICATE OF SERVICE

I, Stacy A. Sollenberger, Legal Assistant with the firm of Schiffman, Sheridan & Brown, P.C., hereby certify that on September 18, 2017, a true and correct copy of the OBJECTION TO PROOF OF CLAIM NO 11-1 OF WEBCOLLEX, LLC was served by certified mail and received by the following, per the attached certified green card:

[Certified mail green card (PS Form 3811) addressed to:
Webcollex, LLC
c/o JD Receivables, LLC
P.O. Box 382656
Germantown, TN 38183
Signed by J. Dunn, delivered 9/23/17
Article Number: 7013 2250 0001 0857 9545]

SCHIFFMAN, SHERIDAN & BROWN, P.C.

By: /s/ Stacy A. Sollenberger
Stacy A. Sollenberger

Date: October 20, 2017