```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                            Case No. 17-01571-HWV
Queen A. Dickey                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: karendavi          Page 1 of 1          Date Rcvd: Oct 26, 2017
                              Form ID: pdf010          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
4913040        +Americredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
4956889        +WebCollex LLC,    c/o JD Receivables LLC,    PO Box 382656,    Germantown, TN 38183-2656

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee for Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificates, Series
               2006-4 bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Queen A. Dickey tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CASE NO. 1-17-bk-01571-HWV |
| QUEEN A. DICKEY : | |
| : | CHAPTER 13 |
| Debtor : | |
| QUEEN A. DICKEY : | |
| Objector : | |
| v. : | |
| WEBCOLLEX, LLC : | CLAIM NO. 11-1 |
| Claimant : | |

**ORDER**

Upon consideration of the Objection of Queen A. Dickey, the above named Debtor, to Claim No. 11-1 of WebCollex, LLC, and after notice and a hearing it is hereby

**ORDERED** that the Objection is **SUSTAINED** and the above referenced claim is disallowed in its entirety.

By the Court,

*Henry W. Van Eck*

Dated: October 26, 2017

Henry W. Van Eck, Bankruptcy Judge (LS)