```
                       United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 17-01571-HWV
Queen A. Dickey                                                 Chapter 13
         Debtor
                        CERTIFICATE OF NOTICE
District/off: 0314-1        User: karendavi          Page 1 of 1         Date Rcvd: Oct 30, 2017
                            Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2017.
             +JOHNSON CONTROLS INC,    ATTN: HR/PAYROLL DEPT,   5757 N GREEN BAY AVENUE,
               MILWAUKEE, WI 53209-4408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee for Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificates, Series
               2006-4 bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Queen A. Dickey tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CASE NO. 1-17-bk-01571-HWV
QUEEN A. DICKEY :
: CHAPTER 13
Debtor :

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**

The Motion of the Debtor for a wage attachment order having come this day before the Court, it is hereby

**ORDERED** that Johnson Controls, Inc., Attn: HR/Payroll Dept., 5757 N. Green Bay Avenue, Milwaukee, WI 53209, the employer of the Debtor Queen A. Dickey, is hereby directed to deduct from the bi-monthly salary of Queen A. Dickey the sum of $116.00 commencing November 2017, and to remit the same to Charles J. DeHart, III, Esquire, Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604; and it is further

**ORDERED** that Johnson Controls, Inc. shall notify the Trustee if the Debtor's income is terminated and the reason therefore; and it is further

**ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)

Dated: October 30, 2017