```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 17-01571-HWV
Queen A. Dickey                                                     Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: karendavi          Page 1 of 1          Date Rcvd: Dec 07, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2017.
          +MR JONATHAN A DICKEY SR,    406 WYNWOOD ROAD,    YORK, PA 17402-4006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee for Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificates, Series
               2006-4 bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Queen A. Dickey tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

Case 1:17-bk-01571-HWV   Doc 44   Filed 12/09/17   Entered 12/10/17 00:43:33   Desc
                     Imaged Certificate of Notice    Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Queen A. Dickey<br>**Debtor**<br><br>**Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificates, Series 2006-4**<br>**Movant**<br>vs.<br><br>Queen A. Dickey<br>**Respondent**<br>and<br><br>Jonathan A. Dickey , Sr.<br>Charles J. DeHart, III  Trustee<br>**Additional Respondents** | CHAPTER 13<br><br><br><br>NO. 1:17-bk-01571 HWV<br><br><br>11 U.S.C. Section 362 and 1301 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the subject premises located at 406 Wynwood Road, York, PA 17402 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: December 07, 2017

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JG)