```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 17-01571-HWV
Queen A. Dickey                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1        User: karendavi        Page 1 of 1        Date Rcvd: Feb 07, 2018
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2018.
db              +Queen A. Dickey,    406 Wynwood Road,    York, PA 17402-4006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor   Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee for Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificates, Series
               2006-4 bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Queen A. Dickey tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : 
: CASE NO. 1-17-bk-01571-HWV
QUEEN A. DICKEY :
: CHAPTER 13
Debtor :

**ORDER**

The Interim Application of Schiffman, Sheridan & Brown, P.C. for allowance of compensation and expenses out of the estate of the Debtor this day coming to be heard, pursuant to notice and opportunity for hearing thereon given by the Court, and the Court having duly considered such Application, together with its supporting papers, and having heard and considered the evidence presented, it is

**HEREBY ORDERED** that the Interim Application of Schiffman, Sheridan & Brown, P.C. as attorneys for the Debtor for allowance of $4,926.60 for services and expenses for the period March 9, 2017 to January 11, 2018 is allowed, the amounts claimed being considered fair and reasonable. Schiffman, Sheridan & Brown, P.C. shall be paid the balance of their Application, or $4,736.20 after reduction of the retainer of $190.00, through the Chapter 13 Plan.

**FURTHER ORDERED** that the Trustee should pay the fees requested in this Interim Application to Schiffman, Sheridan & Brown, P.C. through a distribution from the Chapter 13 Plan. To the extent that this Interim Application of Schiffman, Sheridan & Brown, P.C. would cause the Chapter 13 Plan to be underfunded, Debtor shall directly pay to Schiffman, Sheridan & Brown, P.C. the fees remaining due after discharge.

Dated: February 07, 2018      By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (LS)