```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-01571-HWV
Queen A. Dickey                                                 Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1  User: KADavis  Page 1 of 1  Date Rcvd: May 01, 2019
                 Form ID: pdf010  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.
      +Acclaim Systems,   Attn: Rakesh Khetawat,   110 E Pennsylvania Blvd,    Feasterville, PA 19053-7843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      James Warmbrodt    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificates, Series 2006-4 bkgroup@kmllawgroup.com
      Tracy Lynn Updike    on behalf of Debtor 1 Queen A. Dickey tupdike@ssbc-law.com, ssollenberger@ssbc-law.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                   TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : 
: CASE NO. 1-17-bk-01571-HWV
QUEEN A. DICKEY :
: CHAPTER 13
   Debtor :

### ORDER DIRECTED TO DEBTOR'S EMPLOYER

The Motion of the Debtor for a wage attachment order having come this day before the Court, it is:

**HEREBY ORDERED** that Acclaim Systems, Attn: Rakesh Khetawat, 110 E. Pennsylvania Boulevard, Feasterville, PA 19053, the employer of Debtor Queen A. Dickey, is hereby directed to deduct from the bi-weekly salary of Queen A. Dickey the sum of $116.00 commencing May 2019, and to remit the same to Charles J. DeHart, III, Esquire, Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

**IT IS FURTHER ORDERED** that Acclaim Systems shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

Dated: May 1, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)