UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 1-17-01571-HWV |
| QUEEN A. DICKEY | CHAPTER 13 |
| Debtor | |
| QUEEN A. DICKEY and JONATHAN A. DICKEY, SR. (non-filing party) | 406 Wynwood Road York, Pennsylvania |
| Movant | |
| v. | |
| WILMINGTON TRUST, N.A. as Trustee for Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificates, Series 2006-4, YORK COUNTY TAX CLAIM BUREAU SPRINGETTSBURY TOWNSHIP, and YORK SUBURBAN SCHOOL DISTRICT | |
| Respondents | |

## CERTIFICATE OF SERVICE

I, Stacy A. Sollenberger, Legal Assistant with the firm of Schiffman, Sheridan & Brown, P.C., hereby certify that on April 30, 2019, a true and correct copy of the **Motion to Shorten Time for Notice and for Hearing regarding Debtor's Motion to Approve Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and Approving Distribution of Proceeds (Doc. #58)** was served by certified mail and received by the following secured claim holder, per the attached certified green card:

SEE ATTACHED

SCHIFFMAN, SHERIDAN & BROWN, P.C.

By: /s/ Stacy A. Sollenberger
Stacy A. Sollenberger

Date: May 13, 2019

Case 1:17-bk-01571-HWV    Doc 62    Filed 05/13/19    Entered 05/13/19 15:51:52    Desc
Main Document    Page 1 of 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wilmington Trust, N.A.
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

9590 9402 4296 8190 8158 63

2. Article Number (Transfer from service label)

7005 3110 0002 1867 1291

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
ANNETTE HERRING

C. Date of Delivery
MAY - 6 2019

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt