```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 17-01571-HWV
Queen A. Dickey                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: KADavis              Page 1 of 1              Date Rcvd: May 21, 2019
                                Form ID: pdf010            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.
```
                +YORK COUNTY TAX CLAIM BUREAU,    28 EAST MARKET STREET,    YORK, PA 17401-1501
                +YORK SURBURBAN SCHOOL DISTRICT,    RONALD H PROVARD EDUCATION CTR,    1800 HOLLYWOOD DRIVE,
                  YORK, PA 17403-4256
4910094         +Springettsbury Township,    1501 Mount Zion Road,   York, PA 17402-9085
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4960557          E-mail/Text: jennifer.chacon@spservicing.com May 21 2019 19:01:48
                  Wilmington Trust, NA, et al,   c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                  Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee for Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificates, Series
               2006-4 bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Queen A. Dickey tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | | |
| : | CASE NO. 1-17-bk-01571-HWV | |
| QUEEN A. DICKEY : | | |
| : | CHAPTER 13 | |
| Debtor : | | |
| : | | |
| QUEEN A. DICKEY and : | 406 Wynwood Road | |
| JONATHAN A. DICKEY, SR. (non-filing party) : | York, Pennsylvania | |
| : | | |
| Movant : | | |
| v. : | | |
| : | | |
| WILMINGTON TRUST, N.A. as Trustee for Bear : | | |
| Stearns ALT-A Trust 2006-4, Mortgage : | | |
| Pass-Through Certificates, Series 2006-4, : | | |
| YORK COUNTY TAX CLAIM BUREAU : | | |
| SPRINGETTSBURY TOWNSHIP, and : | | |
| YORK SUBURBAN SCHOOL DISTRICT : | | |
| : | | |
| Respondents : | | |

**ORDER APPROVING SALE OF REAL PROPERTY
FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES
AND APPROVING DISTRIBUTION OF PROCEEDS**

The Motion of the Debtor, Queen A. Dickey, and her co-owner spouse, Jonathan A. Dickey, Sr., to Approve the Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and Approving Distribution of Proceeds ("Motion") having come this day before the Court, and following notice to creditors in the above case and an opportunity for a hearing thereon, and the Court believing that the sale of the Real Property (as defined below) is in the best interests of the Debtor and her estate, and that such sale is made in good faith, and that the consideration offered is fair and reasonable; it is

**HEREBY ORDERED** that:

1. Queen A. Dickey, Debtor herein, and Jonathan A. Dickey, Sr. are authorized to sell the Real Property located at and known as 406 Wynwood Road, York, York County, Pennsylvania (the "Real Property"), under the terms of and pursuant to that certain Agreement between the Debtor and Jonathan Dickey as Sellers, and Jimmy Huynh, as Buyer, (the "Agreement"), and as set forth in the Motion. Such sale shall be to Buyer for the total consideration of $260,000.00 (the "Consideration").

2. The sale of the Real Property shall be free and clear of all liens, claims and encumbrances, except for easements and rights of way of record as may exist upon or under such Real Property. All liens will attach to the proceeds in the order of their priority subject to the distribution set forth in this Order. The secured liens against the Real Property are a Mortgage in favor of Wilmington Trust, N.A. as serviced by Select Portfolio Servicing, Inc. securing a debt in the approximate amount of $505,275.15, and a municipal lien in favor of Springettsbury Township for refuse services securing a debt in the approximate amount of $2,796.93 at the time of filing of the instant case.

3. The sale shall be free and clear of all real estate taxes and such other allowed claims, subject to the distribution set forth in this Order and payments of such real estate taxes.

4. The distribution of the funds generated by the sale of the Real Property shall be as follows:

(a) Any notary or incidental recording fees required to be paid by the Debtor as Seller;

(b) Any costs associated with the preparation of the deed or normal services with respect to closing;

(c) Attorney fees to Schiffman, Sheridan & Brown, P.C. in the amount of $3,000.00 for services and $181.00 for costs in connection with this transaction. All fees and expenses payable to Schiffman, Sheridan & Brown, P.C. shall be subject to such approval as the Bankruptcy Court may require.

(d) Realty transfer tax, if any, required to be paid by Debtor and Mr. Dickey, as Sellers;

(e) Any present and past due real estate taxes owed and municipal services owed on the Real Property, prorated to the date of sale;

(f) Real Estate Commission to Century 21 Core Partners in the amount of up to six percent (6%) of the total sales consideration for services rendered to Seller by Century 21 Core Partners in connection with this sale; and

(g) Payment to SPS on behalf of Wilmington Trust, N.A. on account of the Mortgage up to an amount sufficient to payoff the loan secured by the Mortgage; in all events the amount will be no less than the $236,185.90 agreed to in SPS's short sale approval.

5. The sale is to a good faith purchaser and for fair market value within the meaning of 11 U.S.C. §363(m) and In re Abbotts Dairies of Pennsylvania, Inc., 788 F.2d 142 (3rd Cir. 1986).

6. The Debtor is empowered and ordered to execute any and all documents necessary to effectuate the sale of the Real Property.

7. Fed.R.Bankr. P Rule 6004(h) is not applicable, and the Real Property may be sold and purchased promptly.

8. Upon payment of the appropriate fee, the Clerk's Office shall provide the Debtor with certified copies of this Order, as are necessary to be recorded in the Office of the Recorder of Deeds of York County, Pennsylvania.

Dated: May 21, 2019

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Bankruptcy Judge (LS)