

## SCHIFFMAN SHERIDAN & BROWN P.C.

August 19, 2019

TRACY L. UPDIKE

*tupdike@ssbc-law.com*

2080 LINGLESTOWN RD. STE 201

HARRISBURG, PA 17110-9670

*tel* 717.540.9170

*fax* 717.736.4071

WWW.SSBC-LAW.COM

***VIA ELECTRONIC TRANSMITTAL***

Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA   17101

   **Re:** **Queen A. Dickey**
     **Chapter 13 Case No. 1-17-01571-HWV**

Dear Clerk:

  Please make note of the change of address for the above-referenced Debtor.

   Old Address:  406 Wynwood Road
        York, PA 17402

   New Address:  1144 Amber Lane
        Harrisburg, PA 17111

  Thank you for your assistance with this matter.   Should you have any questions please do not hesitate to contact me at (717) 540-9170.

     Very truly yours,

     SCHIFFMAN, SHERIDAN & BROWN, P.C.

     Tracy L. Updike