

01401-PAM-DE-034225946

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 12, 2020</u>, at <u>7:13</u> o'clock <u>PM EDT</u>, <u>Queen A Dickey</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 12, 2020</u>          By: <u>/s/Jeremy Lark</u>

Name: <u>Jeremy Lark</u>

Title: <u>FCC Manager</u>