```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 17-01571-HWV
Queen A. Dickey                                                 Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1        User: AutoDocke              Page 1 of 2          Date Rcvd: Jun 16, 2020
                            Form ID: fnldecnd            Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.
```
db            +Queen A. Dickey,    1144 Amber Lane,    Harrisburg, PA 17111-3105
4910071       +Barclays Bank Delaware,    125 S. West Street,    Wilmington, DE 19801-5014
4910072       +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
4910076       +Charles A. Rausch,    17 East Market Street,    York, PA 17401-1205
4910077       +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
4910081       +First Premier Bank,    601 S Minnesota Avenue,    Sioux Falls, SD 57104-4868
4910080        First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
4910084       +Great Lakes Higher Education,    P.O. Box 7860,    Madison, WI 53707-7860
4910087       +McNamara Auto Sales,    1775 Rodney Road,    York, PA 17408-4608
4919766        Navient Solutions, LLC on behalf of,    United Student Aid Funds, Inc.,
                Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
4910092       +Select Portfolio Servicing,    10401 Deerwood Park BV,    Jacksonville, FL 32256-5007
4910094       +Springettsbury Township,    1501 Mount Zion Road,    York, PA 17402-9085
4917476        U.S. Bank on behalf of,    Educational Credit Manageme,    Educational Credit Management Corp,
                PO BOX 16408,    St. Paul, MN 55116-0408
4932051        US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI  53708-8973
4910095       +US Dept. of Education/GLE,    2401 International,    P.O. Box 7859,    Madison, WI 53707-7859
4956889       +WebCollex LLC,    c/o JD Receivables LLC,    PO Box 382656,    Germantown, TN 38183-2656
4953738       +York Hospital,    1001 S George St,    York, PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 16 2020 20:09:25
                Americredit Financial Services, Inc., dba GM Finan,    4000 Embarcadero Dr.,
                Arlington, TX 76014-4101
4913040       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 16 2020 20:09:25
                Americredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
4910073       +E-mail/Text: bankruptcy@usecapital.com Jun 16 2020 20:10:03     Capital Accounts LLC,
                P.O. Box 140065,    Nashville, TN 37214-0065
4910074       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2020 20:16:36     Capital One,
                P.O. Box 30285,    Salt Lake City, UT 84130-0285
4910075       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 16 2020 20:16:18
                Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
4910078        E-mail/PDF: creditonebknotifications@resurgent.com Jun 16 2020 20:16:19     Credit One Bank,
                P.O. Box 98872,    Las Vegas, NV 89193-8872
4910079       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 16 2020 20:16:59     Credit One Bank,
                P.O. Box 98873,    Las Vegas, NV 89193-8873
4910083        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 16 2020 20:09:25     GM Financial,
                P.O. Box 181145,    Arlington, TX 76096-1145
4910082       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jun 16 2020 20:10:02     Genesis Bank Card Service,
                P.O. Box 4499,    Beaverton, OR 97076-4499
4910085        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 16 2020 20:09:21     Internal Revenue Service,
                Insolvency Section - BK notice,    PO Box 7346,    Philadelphia, PA  19101-7346
4910089       +E-mail/PDF: pa_dc_claims@navient.com Jun 16 2020 20:16:43     Navient,    P.O. Box 9500,
                Wilkes-Barre, PA 18773-9500
4910088       +E-mail/PDF: pa_dc_claims@navient.com Jun 16 2020 20:17:01     Navient,    123 Justison Street,
                3rd Floor,    Wilmington, DE 19801-5363
5022921       +E-mail/PDF: pa_dc_claims@navient.com Jun 16 2020 20:17:00     Navient Solutions, LLC,
                220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
5022922       +E-mail/PDF: pa_dc_claims@navient.com Jun 16 2020 20:17:00     Navient Solutions, LLC,
                220 Lasley Ave,    Wilkes-Barre, PA 18706,    Navient Solutions, LLC,    220 Lasley Ave,
                Wilkes-Barre, PA 18706-1430
4960222        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 16 2020 20:16:57
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4910091        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2020 20:09:36
                Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
                Harrisburg, PA  17128-0946
4958077       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 16 2020 20:09:44     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
4910093        E-mail/Text: jennifer.chacon@spservicing.com Jun 16 2020 20:10:02
                Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
5070107        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jun 16 2020 20:09:12
                United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
4910096       +E-mail/Text: bnc-bluestem@quantum3group.com Jun 16 2020 20:09:54     Webb Bank/Fingerhut,
                6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
4960557        E-mail/Text: jennifer.chacon@spservicing.com Jun 16 2020 20:10:02
                Wilmington Trust, NA, et al,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 21
```

```
District/off: 0314-1           User: AutoDocke              Page 2 of 2                   Date Rcvd: Jun 16, 2020
                               Form ID: fnldecnd            Total Noticed: 38
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*          +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
cr*          +Navient Solutions, LLC,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
4922047*     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
4910086*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court:  Internal Revenue Service,    PO Box 21126,   Philadelphia, PA  19114)
4910090     ##+Penn Credit Corp.,   916 S. 14th Street,    Harrisburg, PA 17104-3425
                                                                                       TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James   Warmbrodt   on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
           N.A., as Trustee for Bear Stearns ALT-A Trust 2006-4, Mortgage Pass-Through Certificates, Series
           2006-4 bkgroup@kmllawgroup.com
          Tracy Lynn Updike    on behalf of Debtor 1 Queen A. Dickey tlupdike@mette.com,    cgfraker@mette.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc., dba GM Financial
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Queen A. Dickey,<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:17–bk–01571–HWV |

Social Security No.:
xxx–xx–2631

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Queen A. Dickey** in accordance with §1328 of the Bankruptcy Code.

Dated: June 16, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (05/18)